## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 797 MAL 2014 |
| Respondent | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| v. | |
| KEVIN J. SHERLOCK, | |
| Petitioner | |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 798 MAL 2014 |
| Respondent | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| v. | |
| KEVIN J. SHERLOCK, | |
| Petitioner | |

## ORDER

**PER CURIAM**

AND NOW, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.